NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BROADCOM CORPORATION,**
*Plaintiff-Appellee,*

v.

**EMULEX CORPORATION,**
*Defendant-Appellant.*

---

2012-1309

---

Appeal from the United States District Court for the Central District of California in case no. 09-CV-1058, Judge James V. Selna.

---

## ON MOTION

---

## ORDER

Emulex Corporation submits a motion for a stay of the district court's permanent injunction, pending appeal. Emulex also moves to expedite briefing and to expedite the appellee's response to the motion for a stay. Broadcom Corporation opposes expedited briefing.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Broadcom Corporation's response to the motion for a stay is due no later than May 3, 2012. The motion to expedite the response to the motion for a stay is moot.

(2) The motion to expedite the briefing schedule is denied. Emulex may of course file its briefs and the joint appendix early, without order of the court, and thereby significantly expedite the case. Emulex has not shown that Broadcom Corporation's time to file its brief should be shortened, although Broadcom should not anticipate any extensions of time to file its brief.

FOR THE COURT

APR 26 2012

_____                    /s/ Jan Horbaly
     Date                          Jan Horbaly
                                   Clerk

cc:  Juanita R. Brooks, Esq.
     William F. Lee, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 6 2012

JAN HORBALY
CLERK